IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05CR229-V

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| | ) **UNDER SEAL** |
| CLIFFORD EUGENE WATKINS | ) |

**THIS MATTER** is before the Court upon Defendant's Motion To Continue Sentencing and Motion To Seal To Continue Sentencing. Defendant requests the Court to seal these motions and continue his sentencing hearing presently scheduled for the 6 March 2006 sentencing term in the Statesville Division. In support of this request, Defense counsel states that the Defendant has been proactive in his dealings with the Government in pursuit of consideration under Rule 5K and that additional time is needed to complete Defendant's pursuit of consideration under Rule 5K, this motion will be granted.

Further, U.S. Attorney Gretchen Shappert who is handling this matter is scheduled to be in trial the week of 6 March 2006 and does not oppose this motion for continuance. Although the Court notes that it ordinarily will not grant a continuance at this late date without counsel providing good cause at sentencing, the extenuating circumstances of Ms. Shappert's trial schedule and the need for her to handle this matter will cause the Court to allow this Motion. Thus, for the reasons stated in Defendant's Motion the Court will allow the continuance.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for continuance and motion to seal motion are **GRANTED** and the sentencing hearing scheduled for the March

2006 sentencing term shall be continued to the next available sentencing term in the Statesville Division.

Signed: March 3, 2006

Richard L. Voorhees
Chief United States District Judge