IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:05CR229-V

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>CLIFFORD EUGENE WATKINS,<br>    Defendant. | )<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>) |

**UPON MOTION** of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Bill of Information and Plea Agreement in the case numbered above; and

IT APPEARING to the Court that the reasons for sealing the Bill of Information and Plea Agreement no longer exist;

NOW, THEREFORE, IT IS ORDERED that the Bill of Information and Plea Agreement in the above-numbered case be unsealed.

Signed: October 25, 2006

David C. Keesler
United States Magistrate Judge