# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CLIFFORD EUGENE WATKINS | ) | Case No: <u>5:05CR229</u> |
| | ) | USM No: <u>20596-058</u> |
| Date of Previous Judgment: <u>September 10, 2007</u> | ) | <u>None</u> |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of <u>110</u> months **is reduced to** <u>88 months</u> .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: <u>35</u> | | Amended Offense Level: <u>33</u> | |
| Criminal History Category: <u>IV</u> | | Criminal History Category: <u>IV</u> | |
| Previous Guideline Range: <u>235</u> to <u>293</u> months | | Amended Guideline Range: <u>188</u> to <u>235</u> months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated <u>September 10, 2007,</u> shall remain in effect.

**IT IS SO ORDERED**.

Order Date: <u>September 10, 2010</u>

Effective Date: <u>September 10, 2010</u>
(if different from order date)

Richard L. Voorhees
United States District Judge